IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES M. RAPER, JR.**                                                          **PLAINTIFF**
**ADC #663449**

**V.**                                    **4:21-cv-01201 JM**

**THOMAS DEEN, Prosecuting**
**Attorney, 10th Judicial District**                                  **DEFENDANT**

**ORDER**

Plaintiff James M. Raper, Jr. filed this *pro se* 42 U.S.C. § 1983 action against Prosecuting Attorney Thomas Deen. (Doc. 2). Based on the facts alleged, venue properly lies in the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately transfer Mr. Raper's entire case file to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 16th day of December, 2021.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id*.