IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES M. RAPER                                                                                    PLAINTIFF

v.                                         Civil No. 4:22-cv-4001

PROSECUTING ATTORNEY THOMAS DEEN,
10th JUDICIAL DISTRICT                                                                         DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed March 31, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 16. Judge Bryant recommends that Plaintiff's claims be dismissed with prejudice.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 16) *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE**. Plaintiff is warned that a dismissal of this case may be counted as a strike for purposes of 29 U.S.C. § 1915(g), and the Clerk is directed to place a § 1915(g) strike flag on the case for future judicial consideration. The Court certifies pursuant to 29 U.S.C. § 1915(a)(3) that an appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 29th day of April, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge